# EXHIBIT B

STATE OF NEW YORK
SUPREME COURT: COUNTY OF ULSTER

VINCENZA GAROFALO,

Plaintiff,

-against-

LOWE'S HOME CENTER, INC.,

Defendant.

**RESPONSE TO DEFENDANT'S COMBINED DISCOVERY DEMANDS**
Index No. EF2023-667

DEMAND FOR EXPERT WITNESS INFORMATION

Plaintiff has not yet retained the services of an expert witness, but anticipates calling one or more of her treating doctors to testify at time of trial. The Plaintiff will provide expert disclosure in accordance with CPLR § 3101(d) and the Third District Expert Disclosure Rule upon completion of discovery.

DEMAND FOR PARTY STATEMENTS

Plaintiff is not in possession of any statements of the Defendant, written or otherwise.

DEMAND FOR PHOTOGRAPHS/VIDEOTAPES

Plaintiff is not in possession of any photographs or videotapes.

DEMAND FOR NAMES AND ADDRESSES OF WITNESSES

Witnesses include the Plaintiff and her medical professionals. Medical records have been scanned to the disc attached to the Bill of Particulars, and contain names of medical providers and dates of treatment.

BASCH & KEEGAN, LLP, 307 CLINTON AVENUE, P.O. BOX 4235, KINGSTON, N.Y. 12402

BASCH & KEEGAN, LLP, 307 CLINTON AVENUE, P.O. BOX 4235, KINGSTON, N.Y. 12402

## DEMAND FOR MEDICAL, HOSPITAL AND PHYSICIANS' AUTHORIZATIONS AND IDENTITIES OF ALL HEALTH CARE PROVIDERS

All medical records in Plaintiff's possession have been scanned to the disc attached to the Bill of Particulars, and contain names of medical providers, dates and location of treatment.

## DEMAND FOR DISCLOSURE AS TO MEDICARE / MEDICAID LIEN

The Plaintiff is a Medicare recipient. She is not a Medicaid recipient.

## DEMAND FOR COLLATERAL SOURCE INFORMATION

The collateral source is Medicare.

## DEMAND FOR INSURANCE INFORMATION

The applicable insurance coverage is through Medicare.

## DEMAND FOR EMPLOYMENT RECORDS

There is no claim for lost earnings in this action.

## DEMAND FOR INCOME TAX RECORDS

There is no claim for lost earnings in this action.

## DEMAND FOR WORKERS' COMPENSATION RECORDS AND AUTHORIZATIONS

Not applicable.

## DEMAND FOR STATEMENT OF RELIEF REQUESTED

Plaintiff deems herself entitled to an amount not to exceed $500,000.00.

## DEMAND PURSUANT TO G.O.L. §15-108

No sums have been paid or promised to the Plaintiff, and there are no joint tortfeasors.

DEMANDS FOR DOCUMENTS, PRIOR PLEADINGS, AND OTHER DISCOVERY

Not applicable.

Dated: January 2, 2024
Kingston, New York

Yours, etc.,

DEREK J. SPADA, ESQ.
BASCH & KEEGAN, LLP
Attorneys for Plaintiff
Office and P.O. Address
307 Clinton Avenue
P.O. Box 4235
Kingston, New York 12402
Tel: (845) 338-8884

TO: JESSICA ROUNDS, ESQ.
GOLDBERG SEGALLA
Attorneys for Defendant
8 Southwoods Boulevard, Suite 300
Albany, New York 12211
Tel: (518) 683-9015

BASCH & KEEGAN, LLP, 307 CLINTON AVENUE, P.O. BOX 4235, KINGSTON, N.Y. 12402