STATE OF NEW YORK
SUPREME COURT: COUNTY OF ULSTER

VINCENZA GAROFALO,

                                                  Plaintiff,

                      -against-

LOWE'S HOME CENTER INC.,

                                                  Defendant.

## COMPLAINT
Index No.

The Plaintiff, by and through her attorneys, Basch and Keegan, LLP, complaining of the Defendant, respectfully alleges and shows to the Court the following:

FIRST: That at all times hereinafter alleged, the Plaintiff resided in Ulster County New York.

SECOND: That at all times hereinafter alleged, the Defendant was a corporation, duly organized and existing by virtue of the laws of a state other than New York.

THIRD: That at all times hereinafter alleged, the Defendant had an office or principal place of business located at 650 Route 299 Highland, New York 12528.

FOURTH: That at all times hereinafter alleged, the Defendant had an office or principal place of business located at PO Box 1000, Mooresville, North Carolina 28115.

FIFTH: That at all times hereinafter alleged, the Defendant owned certain real property located at 650 Route 299 Highland NY 12528.

SIXTH: That at all times hereinafter alleged, the Defendant controlled certain real property located at 650 Route 299 Highland NY 12528.

SEVENTH: That at all times hereinafter alleged, the Defendant maintained certain real property located at 650 Route 299 Highland NY 12528.

EIGHTH: That at all times hereinafter alleged, and specifically on December 10, 2022, the Defendant invited the public onto the aforedescribed premises located at 650 Route 299 Highland, New York 12528.

NINTH: That on December 10, 2022, the Plaintiff was lawfully upon the Defendant's aforedescribed premises located at 650 Route 299 Highland, New York 12528.

TENTH: That on December 10, 2022, while upon the Defendant's aforedescribed premises located at 650 Route 299 Highland, New York 12528, the Plaintiff sustained injuries and damages.

ELEVENTH: That the Plaintiff's above mentioned injuries and damages resulted from the negligence and carelessness of the Defendant.

TWELFTH: As result of the foregoing, the Plaintiff incurred medical bills and expenses.

THIRTEENTH: As result of the foregoing, the Plaintiff incurred economic losses.

FOURTEENTH: Based on the foregoing, the Plaintiff demands judgment against the Defendant in an amount that exceeds the monetary jurisdictional limits of all courts within the jurisdiction of the Supreme Court, County of Ulster, State of New York.

Wherefore, the Plaintiff demands judgment against the Defendant in an amount that exceeds the monetary jurisdictional limits of all courts within the jurisdiction of the Supreme Court, County of Ulster, State of New York; together with the costs and disbursements of this action, reasonable attorney's fees, or as law shall provide at the time of the rendition of the verdict.

Dated:   March 23, 2023
         Kingston, New York

                                    Yours, etc.,

                                    _____
                                    DEREK J. SPADA, ESQ.
                                    BASCH & KEEGAN, LLP
                                    Attorney for Plaintiff
                                    Office and P.O. Address
                                    307 Clinton Avenue
                                    P.O. Box 4235
                                    Kingston, New York 12402
                                    Tel: (845) 338-8884