UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

VINCENZA GAROFALO,

                    Plaintiff,

-against-

LOWE'S HOME CENTERS, INC.,

                    Defendant.

**STIPULATION OF DISMISSAL**
Civil Case No.: 1:24-cv-00176 (AMN/DJS)

---

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the

Plaintiff, **VINCENZA GAROFALO** and Defendant, **LOWE'S HOME CENTERS, INC.,**

parties to the above entitled action, that, whereas no party hereto is an infant or incompetent

person for whom a committee has been appointed, and no person not a party has an interest in

the subject matter of the action, the above entitled action be and the same hereby is dismissed

with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) on the particular

circumstances of this case, on the following terms and conditions, which it is agreed are of and

shall have no legal precedential value in any other case either between the parties to this case or

any other parties:

    Plaintiff discontinues this action with prejudice and releases **LOWE'S HOME**

**CENTERS, INC.** of any and all claims, demands, or causes of actions, known or unknown, now

existing or hereafter arising, whether presently asserted or not, which in any way related to the

subject matter of this action, and further agrees to discontinue and/or not to commence or to

pursue any litigation or claims against the defendant pertaining to the underlying facts,

circumstances or incidents that gave rise to the aforementioned action or any results of the aforementioned facts, circumstances or incidents.

This Stipulation of Dismissal may be signed in counterparts with signatures by facsimile or electronic mail considered as originals.

Dated: 4/17/24
Kingston, New York

**BASCH & KEEGAN, LLP**

By:
Derek Spada, Esq.
*Attorneys for Plaintiff*
307 Clinton Avenue
Kingston, New York 12402
(845) 338-8884

Dated: 5/6/24
Albany, New York

**GOLDBERG SEGALLA LLP**

By:
Jessica A. Rounds, Esq.
*Attorneys for Defendant*
8 Southwoods Boulevard,
Suite 300
Albany, New York 12211
(518) 463-5400

**IT IS SO ORDERED**:

Daniel J. Stewart
U.S. Magistrate Judge

Dated:    5/7/2024
Albany, NY